UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Homesite Insurance Company

Plaintiff(s),

vs.

Norcold, Inc., Thetford Corporation, Camping World of Henderson, Camping World, Inc. and DOES 1 through 50, Incl.

Defendant(s).

Case # 2:21-cv-02167-RFB-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Lilla Shkolnikov_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Grotefeld Hoffmann, LLP_____
(firm name)

with offices at _____700 Larkspur Landing Circle, Suite 280_____,
(street address)

_____Larkspur_____, _____California_____, _____94939_____,
(city)                         (state)                      (zip code)

_____415-395-9573_____, _____lshkolnikov@ghlaw-llp.com_____.
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Homesite Insurance Company_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____Lilla Shkolnikov_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of California | June 4, 2002 | 219484 |
| State of New York | January 30, 2002 | 4021473 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __CA__ )
COUNTY OF __Marin__ )

__Lilla Shkolnikov__ Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

_____
Notary Public or Clerk of Court

See Attached Notary Certificate

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___John T. Keating___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__9130 W. Russell Rd. Suite 200__
(street address)

__Las Vegas__ , __Nevada__ , __89148__
(city)        (state)        (zip code)

__702-228-6800__ , __jkeating@keatinglg.com__
(area code + telephone number)   (Email address)

4

Rev. 5/16

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Marin__

Subscribed and sworn to (or affirmed) before me on this January day of __26__, 20__22__, by __Lilla Shkolnikov__,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)

SARAH CASTRO SANTOS
Notary Public - California
Marin County
Commission # 2382415
My Comm. Expires Nov 10, 2025

Signature _____

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) __John T. Keating__ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

__Homesite Insurance Company__
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

__6373__          __JKeating@KeatingLG.com__
Bar number          Email address

APPROVED:

DATED this 31st day of January, 2022.


_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

December 8, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, LILLA SHKOLNIKOV, #219484 was admitted to the practice of law in this state by the Supreme Court of California on June 4, 2002; that from the date of admission to January 1, 2007, she was an ACTIVE licensee of the State Bar of California; that on January 1, 2007, she transferred at her request to the INACTIVE status; that from that date to January 25, 2010, she was an INACTIVE licensee of the State Bar of California; that on January 25, 2010, she transferred at her request to the ACTIVE status; that she has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records



*Appellate Division of the Supreme Court
of the State of New York
Third Judicial Department*

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Lilla Shkolnikov

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 30, 2002**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on December 14, 2021.

*Robert D. Mayberger*
Clerk of the Court

CertID-00044783