UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Homesite Insurance Company,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Norcold, Inc., et al.,<br><br>　　　　　　　Defendants. | Case No. 2:21-cv-02167-RFB-DJA<br><br>**Order** |

　　　　Plaintiff Homesite Insurance Company and Defendants Norcold. Inc.; Thetford Corporation; Camping World of Henderson; and Camping World, Inc. have filed a joint status report and discovery plan seeking special scheduling review.  (ECF No. 20).  The parties assert that discovery should proceed in two phases and that longer discovery is necessary due to case complexity.  (*Id.* at 3-4).  However, the parties do not provide any other explanation.  Additionally, Plaintiff and Defendants have separate views on interrogatories, requests for production, requests for admission, and the progression of expert discovery.  (*Id.* at 4-5).  But neither side explains why they disagree or what issues impeded agreement or compromise.

　　　　The Court thus denies the parties' joint discovery plan without prejudice.  The parties have not provided sufficient additional information justifying a departure from the discovery progression and deadlines provided in Local Rule 26-1.  Considering the complexities that bifurcation and departing from a traditional discovery schedule can present, the Court does not grant these requests lightly.  Additionally, the parties' competing views on interrogatories, requests for production, requests for admission, and the progression of expert discovery, without more, gives the Court little on which to base its decision.  On the other hand, the parties do not appear to be so far apart that they cannot agree.  The Court thus encourages the parties to attempt and agree on these items before filing a stipulated discovery plan and scheduling order.

The Court thus denies the joint discovery plan without prejudice. The parties are directed to file another stipulated discovery plan and scheduling order that addresses these issues within fourteen days. The Court finds these matters properly resolved without a hearing. LR 78-1.

**IT IS THEREFORE ORDERED** that the parties' joint status report and discovery plan (ECF No. 20) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that the parties shall file an updated stipulated discovery plan and scheduling order addressing the issues outlined in this order by **Wednesday, February 16, 2022**.

DATED: February 2, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE