**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Homesite Insurance Company as subrogee of Traci Marx and Raymond Marx, et al.<br><br>Plaintiff(s),<br><br>vs.<br><br>Norcold, Inc., Thetford Corporation, Camping World of Henderson, et al.<br><br>Defendant(s). | Case #2:21-cv-02167-RFB-DJA<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

_____Todd M. Foss_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Cokinos | Young_____
(firm name)

with offices at _____1221 Lamar Street, 16th Floor_____,
(street address)

_____Houston_____, _____Texas_____, _____77010_____,
(city)                              (state)                        (zip code)

_____713-535-5521_____, _____tfoss@cokinoslaw.com_____.
(area code + telephone number)        (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Norcold, Thetford, and DKM_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since November 6, 2003 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, Southern District of Texas | June 21, 2007 | 711306 |
| Florida State Courts | November 19, 2005 | 18103 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.
(State "none" if Petitioner has no disciplinary proceedings, etc.)

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None.
> (State "none" if Petitioner has never been denied admission.)

7. That Petitioner is a member of good standing in the following Bar Associations.

> Texas State Bar Association.
> The Florida Bar.
> (State "none" if Petitioner is not a member of other Bar Associations.)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Texas____ )
COUNTY OF ____Harris____ )

____Todd M. Foss____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

21st day of October, 2022

_____
Notary Public or Clerk of Court

DANA HODGES
Notary Public, State of Texas
Comm. Expires 05-09-2026
Notary ID 3993511

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Steven Abbott____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____6385 South Rainbow Boulevard, Suite 600____,
(street address)

____Las Vegas____, ____Nevada____, ____89118____,
(city)                      (state)            (zip code)

____702-693-4370____, ____steven.abbott@lewisbrisbois.com____.
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s)     Steven Abbott     as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_[signature]_
Keith Stickley
Sr. Engineering Manager
Norcold, LLC

_[signature]_
(party's signature)
Ryan Roney, General Counsel, Thetford LLC
(type or print party name, title)

_[signature]_
(party's signature)
John H. FitzSimons, Senior Vice President,
The Dyson-Kissner-Moran Corporation
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_[signature]_
Designated Resident Nevada Counsel's signature

10303     steven.abbott@lewisbrisbois.com
Bar number     Email address

APPROVED:

DATED this 24th day of October, 2022.

_[signature]_
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

October 17, 2022

Re: Mr. Todd M. Foss, State Bar Number 24040922

To Whom It May Concern:

This is to certify that Mr. Todd M. Foss was licensed to practice law in Texas on November 06, 2003, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web





# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )         In Re:  0018103
                                    Todd Matthew Foss
                                    Cokinos | Young 1221 Lamar St Fl 16
                                    Houston, TX 77010-3039

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

The Florida Bar membership records indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 19, 2005**.

The Florida Bar membership records also indicate that The Florida Bar member above is an inactive member of The Florida Bar in good standing.

The Inactive status of The Florida Bar member above means that The Florida Bar member above is not eligible to practice law in the state of Florida.

Dated this 21st day of **October, 2022**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R12:Inactive
CTM-203223



# United States District Court
# Southern District of Texas

## Certificate of Good Standing

I, Nathan Ochsner, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Todd Matthew Foss, Federal ID No 711306

Admission date: June, 21, 2007

Dated October 21, 2022, at Houston, Texas.

Nathan Ochsner, Clerk of Court

By: Claire Cassady, Deputy Clerk

