1  MICHAEL R. ESPOSITO, ESQ.
   Nevada Bar No. 13482
2  **SCHNITZER, JOHNSON, & WATSON, CHTD.**
   8985 S. Eastern Ave., Ste. 200
3  Las Vegas, NV  89123
   Tele:  (702) 362-6666
4  Fax:   (702) 362-2203
   mesposito@sjwlawfirm.com
5
   RUSSELL S. PONESSA, ESQ.
6  (Admitted Pro Hac Vice)
   Minnesota Reg. #169316
7  **HINSHAW & CULBERTSON LLP**
   250 Nicollet Mall, Suite 1150
8  Minneapolis, MN  55401
   Tele:  (612) 333-3434
9  Fax:   (612) 334-8888
   rponessa@hinshawlaw.com
10

11 *Attorneys for Named Defendants*
   *CAMPING WORLD HOLDINGS, INC.,*
12 *CAMPING WORLD, INC., CWI, INC., AND*
   *CAMPING WORLD OF HENDERSON*
13

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOMESITE INSURANCE COMPANY as subrogee of Traci Marx and Raymond Marx,<br><br>Plaintiff,<br><br>vs.<br><br>NORCOLD, INC., NORCOLD LLC, THETFORD CORPORATION, THETFORD LLC, THE DYSON-KISSNER-MORAN CORPORATION, CAMPING WORLD OF HENDERSON, CAMPING WORLD, INC., CWI, INC., and DOES 1 through 50, Inclusive,<br><br>Defendants. | LEAD CASE NO.:  2:21-cv-02167-RFB-DJA<br>(Consolidated with Case No. 2:22-cv-00085)<br><br><br>**[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS CAMPING WORLD HOLDINGS, INC. AND CAMPING WORLD, INC.** |

1

|   |   |
|---|---|
| TRACI MARX, RAY MARX, ALYSSA DILLARD AND SETH DILLARD | |
| | Plaintiffs, |
| vs. | |
| NORCOLD, INC., NORCOLD LLC, THETFORD CORPORATION, THETFORD LLC, THE DYSON-KISSNER-MORAN CORPORATION, CAMPING WORLD HOLDINGS, INC., CAMPING WORLD, INC., CWI, INC., CAMPING WORLD OF HENDERSON, and DOES 1 to 50, inclusive, and ROE ENTITIES 1 to 50, inclusive, | |
| | Defendants. |

Pursuant to the Stipulation for Dismissal Without Prejudice of Defendants Camping World Holdings, Inc., and Camping World, Inc. (Doc. No. 155), IT IS HEREBY ORDERED that all the plaintiffs' claims against defendants Camping World Holdings, Inc. and Camping World, Inc., are hereby dismissed without prejudice, and without costs, disbursements or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 14 day of August 2024.