Lilla Shkolnikov (SBN 219484) (*admitted pro hac vice*)
GROTEFELD HOFFMANN LLP
700 Larkspur Landing Circle, Suite 280
Larkspur, California 94939
Telephone: 415.344.9670
Facsimile:  415.989.2802
Email: lshkolnikov@ghlaw-llp.com

John T. Keating (Bar No. 6373)
KEATING LAW GROUP
9130 W. Russell Rd. Suite 200
Las Vegas, NV 89148
Telephone: 702.228.6800
Email: jkeating@keatinglg.com

Attorneys for Plaintiff
HOMESITE INSURANCE COMPANY
as subrogee of Traci Marx and Raymond Marx

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HOMESITE INSURANCE COMPANY as subrogee of Traci Marx and Raymond Marx,<br><br>        Plaintiff,<br><br>v.<br><br>NORCOLD, INC., NORCOLD, LLC, THETFORD CORPORATION, THETFORD, LLC, CAMPING WORLD OF HENDERSON, CAMPING WORLD, INC., CWI, Inc. and DOES 1 through 50, Inclusive,<br><br>        Defendants.<br><br>TRACI MARX, RAY MARX, ALYSSA DILLARD and SETH DILLARD,<br><br>v.<br><br>NORCOLD, INC., NORCOLD, LLC, THETFORD CORPORATION, THETFORD LLC, THE DYSON-KISSNER-MORAN CORPORATION, CAMPING WORLD HOLDINGS, INC., CAMPING WORLD, INC., CWI, INC., CAMPING WORLD OF HENDERSON, and DOES 1 to 50, inclusive, and ROE ENTITIES 1 to 50, inclusive | Case No.: 2:21-cv-02167-RFB-DJA<br>(Consolidated with Case No. 2:22-cv-00085-JCM-EJY)<br><br>**JOINT REQUEST TO EXTEND DISPOSITIVE MOTION DEADLINE (Sixth Request)**<br><br>**AS AMENDED ON<br>PAGE 3** |

1

Pursuant to LR 6-1 and LR 26-3, Plaintiffs and Defendants, by and through their respective counsel of record, hereby respectfully request that this Court further extend the dispositive motion deadline contemplated by Scheduling Order currently in place.

**Background**

The parties have completed all fact and expert depositions in this matter except for two key depositions: the expert deposition of defendants Norcold's, Thetford's and DKM's fire investigator Christopher Bloom and the deposition of the Norcold Rule (30)(b)(6) witness. The depositions of Mr. Bloom and the Norcold Rule 30(b)(6) witness were scheduled for the week of July 8th. However, counsel for defendants Norcold, Thetford, and DKM, based in Houston, Texas, had to cancel the depositions due to the power outages caused by Hurricane Beryl. The parties were able to reschedule Mr. Bloom's deposition to August 7, 2024. That deposition proceeded but has not been completed.

In addition, the Norcold Rule 30(b)(6) deposition has not been rescheduled as of yet. Subsequent to Hurricane Beryl, Norcold's prospective corporate witness left the company, which has required Norcold to search for a new corporate representative for purposes of the Rule 30(b)(6) deposition. Norcold is working diligently to select a new corporate representative. Furthermore, the parties have been meeting and conferring on dates for these key depositions in an effort to accommodate any scheduling conflicts and hope to have them set shortly.

Based on the foregoing, the parties respectfully request an extension of the dispositive motion deadline currently set for August 14, 2024 to October 30, 2024 to allow the parties to complete the key depositions of defendants' fire origin and cause investigator and the Norcold Rule 30(b)(6) witness. The testimony sought by these depositions is necessary to support or oppose some of the dispositive motions contemplated by the parties.

**Why Remaining Discovery Has Not Yet Been Completed**

Good cause exists for the instant request for extension pursuant to Local Rule 26-3. This request for an extension of time is not sought for any improper purpose or for the purpose of

delay. Rather, it is sought for the purpose of allowing the parties sufficient time to finish discovery and adequately prepare for dispositive motions and trial.

Accordingly, the parties request a further modification and extension of the dispositive motion deadline to allow for the opportunity to complete the necessary depositions, so that discovery and trial preparation can proceed smoothly for the benefit of all parties.

**Extension of Modification of the Discovery Plan and Scheduling Order**

This is the sixth request for extension of time in this matter. The parties did not file a request to extend the dispositive motions filing deadline sooner because they believed, in good faith, that they would be able to complete the remaining expert and fact depositions in a timely manner. However, the parties have been unable to do so due to the disruption caused by Hurricane Beryl, the unexpected departure of Norcold's prospective corporate representative, and the resulting scheduling issues. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the extension of the dispositive motion deadline. The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | New Deadline |
|---|---|---|
| Fact Discovery | *July 15, 2024* | ~~*completed*~~ September 30, 2024 |
| Expert Discovery | *July 15, 2024* | ~~*completed except for the deposition of expert witness Chris Bloom*~~ |
| Mediation Completion Date | *Tuesday, February 13, 2024* | *completed* |
| Dispositive Motions | *August 14, 2024* | *October 30, 2024* |
| Joint Pretrial Order | *September 13, 2024* | *November 29, 2024* |

WHEREFORE, the parties respectfully request that the Court extend the dispositive motion deadline in accordance with the table above.

```
 1  Dated: April 9, 2024                    GROTEFELD HOFFMANN LLP
 2
 3                                           /s/ Lilla Shkolnikov
                                            LILLA SHKOLNIKOV
 4                                          Attorneys for Plaintiff
                                            Homesite Insurance Company
 5
 6
 7  Dated: April 9, 2024                    LAW OFFICES OF TERRENCE A. BEARD
 8
                                             /s/ Terrence A. Beard
 9
                                            TERRENCE A. BEARD, ESQ.
10                                          (Admitted pro hac vice)
                                            California Bar No. 98013
11                                          P.O. Box 1599
                                            Sutter Creek, California 95685
12                                          T: 925-778-1060
                                            Tbeard1053@aol.com
13
14                                          AND

15                                          DONALD H. WILLIAMS, Esq.
16                                          Nevada Bar No. 5548
                                            612 So. Tenth Street
17                                          Las Vegas, Nevada 89101
                                            T: 702-320-7755
18                                          F: 702-320-7760
                                            Dwilliams@dhwlawlv.com
19
                                            Attorneys for Plaintiffs Traci Marx, Ray
20                                          Marx, Alyssa Dillard, and Seth Dillard
21
22  Dated:                                  HINSHAW & CULBERTSON LLP
23
24
25
26
27
28
```

|  |  |
|---|---|
|  | */s/ Russell S. Ponessa* <br> Russell S. Ponessa <br> (Admitted Pro Hac Vice) <br> Minnesota Reg. #169316 <br> 250 Nicollet Mall, Suite 1150 <br> Minneapolis, MN 55401 <br><br> AND <br><br> **KRAVITZ, SCHNITZER, JOHNSON, & WATSON, CHTD.** <br> MARTIN J. KRAVITZ, ESQ. <br> Nevada Bar No. 83 <br> MICHAEL ESPOSITO, ESQ. <br> Nevada Bar No. 13482 <br> 8985 S. Eastern Ave., Ste. 200 <br> Las Vegas, NV 89123 <br> *Attorneys for Named Defendants CAMPING WORLD OF HENDERSON, CAMPING WORLD, INC. and CWI, Inc.* |
| Dated: August 12, 2024 | **COKINOS | YOUNG** <br><br> */s/ Mitchell R. Powell* <br> J. PARKER FAUNTLEROY, JR. <br> Texas Bar No. 00790668 (Pro Hac Vice) <br> TODD M. FOSS <br> Texas Bar No. 24040922 (Pro Hac Vice) <br> MITCHELL R. POWELL <br> Texas Bar No. 24091890 (Pro Hac Vice) <br> 1221 Lamar Street, 16th Floor <br> Houston, Texas 77010 <br><br> AND <br><br> **LEWIS BRISBOIS BISGAARD SMITH LLP** <br> DARRELL D. DENNIS, ESQ. <br> Nevada Bar No. 6618 <br> STEVEN B. ABBOTT, ESQ. <br> Nevada Bar No. 10303 <br> MICHAEL R. SMITH, ESQ. <br> Nevada Bar No. 12641 <br> 6385 S. Rainbow Blvd., Ste. 600 <br> Las Vegas, Nevada 89118 <br> *Attorneys for NORCOLD LLC, THETFORD LLC, and THE DYSON-KISSNER-MORAN CORPORATION* |

**ORDER**

Given the parties' explanation that they need to conduct certain depositions after the deadline, the Court also extends the parties' discovery period for the purpose of this deposition. The Court thus GRANTS IN PART AND DENIES IN PART the parties' stipulation (ECF No. 154) as outlined in the parties' stipulation.

DATED: 8/14/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE