TERRENCE A. BEARD (p*ro hac vice*)
California Bar No. 98013
LAW OFFICES OF TERRENCE A. BEARD
P.O. Box 1599
Sutter Creek, CA 95685
(925) 778-1060 (Phone)
Tbeard1053@aol.com

DONALD H. WILLIAMS, ESQ.
Nevada Bar No. 5548
Dwilliams@dhwlawlv.com
WILLIAMS " STARBUCK
612 So. Tenth Street
Las Vegas, Nevada 89101
(702) 320-7755 (Phone)
(702) 320-7760 (Facsimile)

*Attorneys for Plaintiffs Traci Marks, Ray Marx, Alyssa Dillard and Seth Dillard*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HOMESITE INSURANCE COMPANY as subrogee of Traci Marx and Raymond Marx,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NORCOLD, INC., NORCOLD, LLC, THETFORD CORPORATION, THETFORD, LLC, THE DYSON KISSNER MORAN CORPORATION, CWI, INC., CAMPING WORLD OF HENDERSON, CAMPING WORLD, INC., and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-02167-RFB-DJA (Consolidated with Case No. 2:22-cv-00085-JCM-EJY)<br><br>**STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER** |
| TRACI MARX, RAY MARX, ALYSSA DILLARD and SETH DILLARD,<br><br>v.<br><br>NORCOLD, INC., NORCOLD, LLC, THETFORD CORPORATION, THETFORD, LLC, THE DYSON-KISSNER-MORAN CORPORATION, CAMPING WORLD HOLDINGS, INC., CAMPING WORLD, INC., CWI, INC., CAMPING WORLD OF | |

HENDERSON, and DOES 1 to 50, inclusive, )
and ROE ENTITIES 1 to 50, inclusive
                                        )

Plaintiffs, by and through their attorneys - LILLA SHKOLNIKOV for plaintiff HOMESITE INSURANCE COMPANY, and TERRENCE A. BEARD for plaintiffs TRACI MARX, RAY MARX, ALYSSA DILLARD AND SETH DILLARD – and TODD FOSS for defendants NORCOLD, INC., NORCOLD LLC, THETFORD CORPORATION, THETFORD LLC, and THE DYSON-KISSNER-MORAN CORPORATION (DKM), and RUSSELL PONESSA for defendants CWI, INC., dba CAMPING WORLD OF HENERSON, hereby stipulate to an extension of time to file the Joint Pretrial Order - currently due on November 7, 2025 – until December 15, 2025.

The parties' counsel met and conferred by way of Zoom teleconference on October 21, 2025 to discuss the requirements and status of preparation of the Joint Pretrial Order.  In light of the fact that the consolidated case involves five (5) plaintiffs, four (4) defendants, fifteen (15) designated experts, and an extensive discovery record, including written discovery and depositions from this case as well as other litigation involving the same defendants, the parties agreed that more time would be necessary to engage in further meet and confer sessions to arrive at agreements regarding joint submissions in the pretrial order, and to discuss and determine the nature, scope and extent of items remaining in dispute.

This is the first extension any party has sought of the filing date for the Pretrial Order. No party is seeking this extension for the purposes of delay or to obstruct the proceedings of the Court, but rather to work together in good faith to produce a Pretrial Order that streamlines and clarifies, to the extent possible,  the issues for the Court to consider, consistent with Federal Rule of Civil Procedure, Rule 1.

DATED this 22nd day of October, 2025:

/s/ Terrence A. Beard
_____
Terrence A. Beard (pro hac vice)
California Bar No. 98013
LAW OFFICES OF TERRENCE A. BEARD
P.O. Box 1599
Sutter Creek, CA 95685
(925) 778-1060 (Phone)
Tbeard1053@aol.com

*Attorney for Plaintiffs MARX/DILLARD*


/s/ Lilla Shkolnikov
_____
Lilla Shkolnikov (SBN 219484) (admitted pro hac vice)
GROTEFELD HOFFMANN LLP
700 Larkspur Landing Circle, Suite 280
Larkspur, California 94939
Telephone: 415.344.9670
Facsimile: 415.989.2802
Email: lshkolnikov@ghlaw-llp.com

*Attorney for Plaintiff Homesite Insurance Company*


/s/ Todd Foss
_____
Todd Foss (admitted pro hac vice)
Texas State Bar No. 24040922
Cokinos | Young
Four Houston Center
1221 Lamar, 16th Floor
Houston, TX 77010
713-535-5500
Fax: 713-535-5533
Email: pfauntleroy@cokinoslaw.com
       tfoss@cokinoslaw.com
       mpowell@cokinoslaw.com

*Attorneys for Defendants Norcold LLC f/k/a Norcold, Inc., Thetford LLC f/k/a Thetford Corporation and The Dyson-Kissner-Moran Corporation*

**ORDER**

Pursuant to the above and foregoing Stipulation for an Extension of Time, **IT IS HEREBY ORDERED** the Joint Pretrial Order shall be filed no later than December 15, 2025.

**DATED:** October 23, 2025.



_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**