Lilla Shkolnikov (admitted pro hac vice)
California State Bar Number 219484
GROTEFELD HOFFMANN
700 Larkspur Landing Circle, Suite 280
Larkspur, California 94939
Telephone: 415.344.9670
Facsimile: 312.601.2402
lshkolnikov@ghlaw-llp.com

*Attorneys for Plaintiff Homesite Insurance Company*

TERRENCE A. BEARD (*pro hac vice*)
California State Bar No. 98013
LAW OFFICES OF TERRENCE A. BEARD
P.O. Box 1599
Sutter Creek, CA  95685
(925) 778-1060 (Phone)
Tbeard1053@aol.com

*Attorneys for Plaintiffs Traci Marx, Ray Marx, Alyssa Dillard and Seth Dillard*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HOMESITE INSURANCE COMPANY as subrogee of Traci Marx and Raymond Marx, <br><br>           Plaintiff, <br><br> v. <br><br> NORCOLD, INC., NORCOLD, LLC, THETFORD CORPORATION, THETFORD, LLC, THE DYSON KISSNER MORAN CORPORATION, CWI, INC., CAMPING WORLD OF HENDERSON, CAMPING WORLD, INC., and DOES 1 through 50, Inclusive, <br><br>           Defendants. | Case No.: 2:21-cv-02167-RFB-DJA (Consolidated with Case No. 2:22-cv-00085-JCM-EJY) <br><br> **STIPULATION AND ORDER GRANTING THIRD EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER** |
| TRACI MARX, RAY MARX, ALYSSA DILLARD and SETH DILLARD, <br><br> v. <br><br> NORCOLD, INC., NORCOLD, LLC, THETFORD CORPORATION, THETFORD, LLC, THE DYSON-KISSNER-MORAN CORPORATION, CAMPING WORLD | |

1

HOLDINGS, INC., CAMPING WORLD, INC., CWI, INC., CAMPING WORLD OF HENDERSON, and DOES 1 to 50, inclusive, and ROE ENTITIES 1 to 50, inclusive

Plaintiffs, by and through their attorneys - LILLA SHKOLNIKOV for plaintiff HOMESITE INSURANCE, and TERRENCE A. BEARD for plaintiffs TRACI MARX, RAY MARX, ALYSSA DILLARD AND SETH DILLARD – and Defendants THETFORD CORPORATION, THETFORD LLC, and THE DYSON-KISSNER-MORAN CORPORATION, by and through their attorney TODD FOSS, and Defendant CWI, INC., dba CAMPING WORLD OF HENERSON, by and through its attorney FRED UFKES, hereby stipulate to an extension of time to file the Joint Pretrial Order - currently due on March 16, 2026  – until May 15, 2026.

The parties were last before the Court on September 3, 2025 for a hearing on motions for summary judgment filed by both the plaintiffs and defendants.   On September 30, 2025, the Court issued an order granting in part and denying in part the various motions, and directing the parties to file a joint pretrial order on or before November 7, 2025.  (ECF No. 216)  On October 22, 2025, the parties filed a stipulation to extend the due date for the filing of the pretrial order from November 7, 2025 to December 15, 2025 (ECF No.  217), which was granted by the Court on October 23, 2025.  (ECF No. 218)..

On November 3, 2025, defendant Norcold, LLC, f/k/a Norcold, Inc., filed for Chapter 11 bankruptcy.   Notice of the bankruptcy was filed the next day in this action resulting in an automatic stay of this action against Norcold, LLC.  (ECF No. 219).

On November 18, 2025, Plaintiffs filed a Joint Motion For Stay of Proceedings against the other non-debtor defendants (ECF No. 220) on the grounds that the issues to be litigated in

2

this case are so closely intertwined with Norcold, and the identity of interest between Norcold, Thetford, and DKM are such that by continuing litigation against the non-debtor defendants without further clarification from the bankruptcy proceedings risks a violation of the automatic stay by plaintiffs continuing litigation against Norcold. Further, staying the action through the bankruptcy proceedings promotes efficiency and avoids the risk of inconsistent judgments in separate proceedings. The Court has not yet issued a ruling on the Joint Motion for Stay of Proceedings.

On December 12, 2025, the parties filed a second stipulation to extend the due date for the filing of the pretrial order from December 15, 2025, to March 16, 2026 (EFC No. 222), which was granted by the court on  December 12, 2025.

The bankruptcy case is proceeding in the United States Bankruptcy Court for the District of Delaware. On February 20, 2026, the bankruptcy court signed the Order Confirming the Third Amended Chapter 11 Plan of Liquidation for Norcold LLC.

In light of the ongoing bankruptcy proceedings, the parties' counsel have met and conferred and agreed a third extension of time to file the Joint Pretrial Order would be necessary in light of the bankruptcy filing and issues outlined above and in the Joint Motion for Stay of Proceedings. Counsel for Norcold cannot express a position on the third request for extension to file the Joint Pretrial Order due to the automatic stay in place.

This is the third extension any party has sought of the filing date for the Pretrial Order. No party is seeking this extension for the purposes of delay or to obstruct the proceedings of the Court, but rather to work together in good faith to produce a Pretrial Order that streamlines and clarifies, to the extent possible,  the issues for the Court to consider, consistent with Federal Rule of Civil Procedure, Rule 1.

DATED this 12th day of March 2026:

/s/ Lilla Shkolnikov
_____
Lilla Shkolnikov (SBN 219484) (admitted pro hac vice)
GROTEFELD HOFFMANN
700 Larkspur Landing Circle, Suite 280
Larkspur, California 94939
Telephone: 415.344.9670
Facsimile: 312.601.2402
Email: lshkolnikov@ghlaw-llp.com

*Attorneys for Plaintiff Homesite Insurance*

/s/ Terrence Beard
_____
Terrence A. Beard (pro hac vice)
California State Bar No. 98013
LAW OFFICES OF TERRENCE A. BEARD
P.O. Box 1599
Sutter Creek, CA  95685
(925) 778-1060 (Phone)
Tbeard1053@aol.com

*Attorney for Plaintiffs MARX/DILLARD*

/s/ Todd Foss
_____
J. Parker Fauntleroy, Jr.
Texas Bar No. 00790668 (Admitted Pro Hac Vice)
Todd M. Foss
Texas Bar No. 24040922 (Admitted Pro Hac Vice)
Mitchell R. Powell
Texas Bar No. 24091890 (Admitted Pro Hac Vice)
COKINOS | YOUNG
Four Houston Center
1221 Lamar, 16th Floor
Houston, Texas 77010
Telephone: 713-535-5500
Facsimile: 713-535-5511
Email: pfauntleroy@cokinoslaw.com

4

tfoss@cokinoslaw.com
mpowell@cokinoslaw.com

*Attorneys for Defendants Norcold LLC, Thetford LLC, and The Dyson-Kissner-Moran Corporation*

/s/ *Fred Ufkes*
_____

Fred Ufkes
HINSHAW & CULBERTSON LLP
250 Nicollet Mall, Suite 1150
Minneapolis, Minnesota 55401
Email: FUfkes@hinshawlaw.com
*Attorney for Defendant CWI, Inc.,*
*dba Camping World of Henderson*

5

**ORDER**

Pursuant to the above and foregoing Stipulation for an Extension of Time, the Joint Pretrial Order shall be filed no later than May 15, 2026.

DATED AND DONE this ___16___ day of _____March_____, 2026.

_____

RICHARD F. BOULWARE, II

UNITED STATES DISTRICT JUDGE

6

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she electronically filed the foregoing document in the present case through the court's ECF system, resulting in service on the attorneys of record for the parties shown below.

DATED:                                    GROTEFELD HOFFMANN

By: */s/ Lilla Shkolnikov*

_____
Lilla Shkolnikov (admitted pro hac vice)
GROTEFELD HOFFMANN
700 Larkspur Landing Circle, Suite 280
Larkspur, California 94939
Telephone: 415.344.9670
Email: lshkolnikov@ghlaw-llp.com
*Attorney for Plaintiff Homesite Insurance*

Served on:

Darrell D. Dennis
Steven B. Abbott
Michael R. Smith
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Telephone: 702-893-3383
Facsimile: 702-893-3789
Email: ddennis@lewisbrisbois.com
        steven.abbott@lewisbrisbois.com
        michael.r.smith@lewisbrisbois.com

*Attorneys for Norcold LLC, Thetford LLC,
and The Dyson-Kissner-Moran Corporation*

J. Parker Fauntleroy, Jr.
Todd M. Foss
Mitchell R. Powell
Cokinos | Young
Four Houston Center
1221 Lamar, 16th Floor
Houston, Texas 77010
Telephone: 713-535-5500
Facsimile: 713-535-5511

Email: pfauntleroy@cokinoslaw.com
        tfoss@cokinoslaw.com
        mpowell@cokinoslaw.com

*Attorneys for Defendants Norcold LLC, Thetford LLC, and The Dyson-Kissner-Moran Corporation*

Michael R Esposito
Kravitz, Schnitzer & Johnson
8985 S. Eastern Ave., Suite 200
Las Vegas, NV 89123
702-222-4142
Fax: 702-362-2203
Email: mesposito@ksjattorneys.com

*Attorneys for Camping World Holdings, Inc.,*
*Camping World, Inc., CWI, Inc. and*
*Camping World of Henderson*

Fred Ufkes
Hinshaw & Culbertson LLP
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
612-334-2686
Email:  FUfkes@hinshawlaw.com

*Attorneys for Camping World Holdings, Inc.,*
*Camping World, Inc., CWI, Inc. and*
*Camping World of Henderson*

Terrence A. Beard (pro hac vice)
California State Bar No. 98013
LAW OFFICES OF TERRENCE A. BEARD
P.O. Box 1599
Sutter Creek, CA  95685
(925) 778-1060 (Phone)
Tbeard1053@aol.com

*Attorney for Plaintiffs MARX/DILLARD*

8